# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JB JAMES CONSTRUCTION, LLC

VERSUS

G.E.C., INC. D/B/A GULF
ENGINEERS & CONSULTANTS,
DESIGN ENGINEERING, INC.,
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT, XL SPECIALTY
INSURANCE COMPANY, TRAVELERS
INDEMNITY COMPANY, AND AIX
SPECIALTY INSURANCE COMPANY

NO.   2023 CW 1265

MARCH 13, 2024

---

In Re:   G.E.C., Inc., Lexington Insurance Company, Design
Engineering, Inc. and XL Specialty Insurance Company,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 708718.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
    FOR THE COURT